# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:  DAVID GARCIA  
       ANGELICA MARIA GARCIA        Case No.: 10-30907

       Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/12/2010.

2) This case was confirmed on 11/04/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/28/2011.

5) The case was dismissed on 01/12/2012.

6) Number of months from filing to the last payment: 18

7) Number of months case was pending: 23

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 26,072.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---:|
| Total paid by or on behalf of the debtor | $ 5,772.00 |
| Less amount refunded to debtor | $ 413.11 |
| **NET RECEIPTS** | $ 5,358.89 |

**Expenses of Administration:**

|  |  |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 3,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 297.35 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,797.35 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| RJM AQUISITIONS FUND | UNSECURED | 365.00 | 361.38 | 361.38 | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 1,109.00 | 1,109.66 | 1,109.66 | 21.95 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 802.00 | 887.35 | 887.35 | 17.56 | .00 |
| AARONS RENT | SECURED | 1,841.00 | .00 | 1,841.00 | 936.29 | 75.18 |
| AARONS RENT | UNSECURED | 1,841.00 | NA | NA | .00 | .00 |
| ADVANCED PRESCHOOL | UNSECURED | 370.00 | NA | NA | .00 | .00 |
| AMC MORTGAGE SERVICE | UNSECURED | .00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 16,700.00 | 14,729.88 | 14,729.88 | 441.07 | .00 |
| AMERICAN GENERAL FIN | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | OTHER | .00 | NA | NA | .00 | .00 |
| ASHWORTH UNIVERSITY | UNSECURED | 488.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 361.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | OTHER | .00 | NA | NA | .00 | .00 |
| BANK OF AMERICA HOME | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| BEACH BODY | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| BEACH BODY | OTHER | .00 | NA | NA | .00 | .00 |
| CHARTER ONE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE | UNSECURED | 988.00 | NA | NA | .00 | .00 |
| CITY OF BLUE ISLAND | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF BLUE ISLAND | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | OTHER | 195.00 | NA | NA | .00 | .00 |
| CITY CHICAGO DEPT OR | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CITY OF CHICAGO DEPT | UNSECURED | 244.00 | 1,463.40 | 1,463.40 | 28.95 | .00 |
| COMCAST/CHICAGO | UNSECURED | 581.00 | NA | NA | .00 | .00 |
| CPS SECURITY | UNSECURED | 2,249.00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | 335.00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | 192.00 | NA | NA | .00 | .00 |
| DIRECT LOANS BANKRUP | UNSECURED | 725.00 | NA | NA | .00 | .00 |
| DR MARK F PAPPLEYE D | UNSECURED | 195.00 | NA | NA | .00 | .00 |
| ELK GROVE VILLAGE | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| EQUIFAX | OTHER | .00 | NA | NA | .00 | .00 |
| EXPERIAN | OTHER | .00 | NA | NA | .00 | .00 |
| FEMALE HEALTH CARE | UNSECURED | 215.00 | NA | NA | .00 | .00 |
| FEMALE HEALTHCARE AS | OTHER | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 488.00 | 460.31 | 460.31 | .00 | .00 |
| ST PREMIER BANK | OTHER | .00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | OTHER | .00 | NA | NA | .00 | .00 |
| GROOT INDUSTRIES INC | UNSECURED | 1,084.00 | 1,160.45 | 1,160.45 | 22.95 | .00 |
| HILLDALE CONDO ASSOC | UNSECURED | 7,509.00 | NA | NA | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 1,204.00 | NA | NA | .00 | .00 |
| ILLINOIS STATE TOLL | OTHER | .00 | NA | NA | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 601.00 | NA | NA | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 102.00 | NA | NA | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 706.00 | NA | NA | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 122.00 | NA | NA | .00 | .00 |
| MUEBLERIA CONTINENTA | UNSECURED | 10.00 | NA | NA | .00 | .00 |
| MUNICIPALITY ROSELLE | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| NEXTEL | UNSECURED | 7,270.00 | NA | NA | .00 | .00 |
| NEXTEL | OTHER | .00 | NA | NA | .00 | .00 |
| NEXTEL | UNSECURED | 560.00 | NA | NA | .00 | .00 |
| NEXTEL | OTHER | .00 | NA | NA | .00 | .00 |
| NEXTEL | UNSECURED | 561.00 | NA | NA | .00 | .00 |
| NEXTEL | OTHER | .00 | NA | NA | .00 | .00 |
| PLAINS COMMERCE BANK | UNSECURED | 458.00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 509.00 | 488.93 | 488.93 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 357.00 | 364.42 | 364.42 | .00 | .00 |
| ROSATIS PIZZA HIGGIN | UNSECURED | 63.00 | NA | NA | .00 | .00 |
| SCHAUMBURG FAMILY DE | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| SCHAUMBURG SCHOOL DI | UNSECURED | 65.00 | NA | NA | .00 | .00 |
| SCHAUMBURG SCHOOL DI | OTHER | .00 | NA | NA | .00 | .00 |
| SONNENSCHEIN FINANCI | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| ALEXIAN BROTHERS | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| ST ALEXIUS MEDICAL C | OTHER | .00 | NA | NA | .00 | .00 |
| TATE & KIRLIN ASSOC | UNSECURED | .00 | NA | NA | .00 | .00 |
| TATE & KIRLIN ASSOC | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| TRANS UNION | OTHER | .00 | NA | NA | .00 | .00 |
| TRIBUTE MASTERCARD | UNSECURED | 885.00 | NA | NA | .00 | .00 |
| TRIBUTE/FIRST BANK O | OTHER | .00 | NA | NA | .00 | .00 |
| TRIBUTE MASTERCARD | OTHER | .00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 9,686.00 | 10,005.76 | .00 | .00 | .00 |
| VILLAGE OF HANOVER P | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| VILLAGE OF HANOVER P | OTHER | .00 | NA | NA | .00 | .00 |
| VILLAGE OF HOFFMAN E | UNSECURED | 120.00 | NA | NA | .00 | .00 |
| VILLAGE OF HOFFMAN E | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL CH | OTHER | .00 | NA | NA | .00 | .00 |
| WOMENS HEALTH FIRST | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| TED RYMARCSUK | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE HOME FINANCE | OTHER | NA | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | NA | 460.31 | 460.31 | .00 | .00 |
| ILLINOIS BELL TELEPH | UNSECURED | NA | 587.53 | 587.53 | 17.59 | .00 |
| BANK OF AMERICA | SECURED | NA | .00 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 1,841.00 | 936.29 | 75.18 |
| **TOTAL SECURED:** | 1,841.00 | 936.29 | 75.18 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 22,073.62 | 550.07 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,797.35 |
| Disbursements to Creditors | $ | 1,561.54 |
| **TOTAL DISBURSEMENTS:** | $ | 5,358.89 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   06/18/2012                         /s/ Tom Vaughn
                                            Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**